## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 61 - 1 | **DATE** | 1/25/2008 |
| **CASE TITLE** | USA vs. Eli Valentino | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/25/2008. Defendant appears in response to arrest on 1/25/2008. Defendant informed of his rights. Michael A. Johnson files his appearance as retained counsel for defendant. Government seeks detention. Detention hearing set for 1/29/2008 at 4:00 p.m. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|