# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 61 - 1 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Eli Valentino | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/29/2008 as to defendant Eli Valentino.

Docketing to mail notices.

00:11

| | Courtroom Deputy Initials: | IS |
|---|---|---|