FILED
KC
FEB 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 61 |
| v. | ) | |
| | ) | Violation: Title 21, United States |
| ELI VALENTINO | ) | Code, Section 846 |
| | ) | |

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE ASHMAN**

<u>COUNT ONE</u>

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 24, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

ELI VALENTINO

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, one thousand grams or more of heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY