## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 61 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | United States of America vs. Eli Valentino | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the one count indictment. 16.1(A) conference to be held by 3/11/2008. Status hearing set for 4/22/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 3/4/2008 and end 4/22/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP